# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **WIRELESSWERX, IP, LLC,** § | | |
| *Plaintiff*, § | | |
| § | | |
| **v.** § | No. 6:22-CV-01050 | |
| § | | |
| **APPLE, INC.,** § | | |
| *Defendant*. § | | |

## ORDER WITHDRAWING REFERRAL TO MAGISTRATE JUDGE

On this day, the Court considered the above-styled and numbered cause, which was reassigned to United States Magistrate Judge Derek T. Gilliland (Doc. 6) filed October 7, 2022. The Court finds that the referral order should be withdrawn. Accordingly,

It is **ORDERED** that the Referral Order is **WITHDRAWN** and **VACATED**.

It is so **ORDERED**.

**SIGNED** this 12th day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE