IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WIRELESSWERX IP, LLC,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | NO.   6:22-CV-01050 |
| § | |
| **APPLE, INC.,** § | |
| *Defendant.* § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 16) filed January 17, 2023. In its notice, Plaintiff indicates he is voluntarily dismissing his claims against the Defendant with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i)[1]. (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 18th day of January, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff incorrectly cites FRCP 41(a)(1)(A)(ii)